IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARELLE FORTNER, # 268 847 | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 2:10-CV-809-WKW |
| | ) | |
| COI STEVEN CANTY, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On December 15, 2010, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 14.) After an independent review, and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED.

Accordingly, it is ORDERED that:

1. Plaintiff's October 26, 2010 motion to dismiss Defendants Woods, Barbers, Sconyers, and Boyd (Doc. # 8) is GRANTED;

2. Defendants Woods, Barbers, Sconyers, and Boyd are DISMISSED with prejudice as parties to the complaint; and

3. The case is referred back to the Magistrate Judge for additional proceedings.

DONE this 4th day of January, 2011.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE