IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARELLE FORTNER, # 268 847 ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | NO.  2:10-CV-809-WKW [WO] |
| ) | |
| COI STEVEN CANTY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

On February 28, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 23.)  After an independent review, and upon consideration of the Recommendation of the Magistrate Judge, it is ORDERED that the Recommendation is ADOPTED and this case is DISMISSED without prejudice.

DONE this 16th day of March, 2011.

                                                    /s/ W.  Keith Watkins
                                            UNITED STATES DISTRICT JUDGE